# United States District Court
## Northern District of Illinois
### Eastern Division

ROCHELLE SUTTON  **JUDGMENT IN A CIVIL CASE**

      v.  Case Number: 04 C 1880

JO ANNE B. BARNHART

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of defendant against plaintiff, Rochelle Sutton. Plaintiff takes nothing from the defendant

                                                                       Michael W. Dobbins, Clerk of Court

Date: 4/22/2005                             /s/ Donald Walker, Deputy Clerk